JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHEDLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE GROSS FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; DANIEL ABITBOUL, in individual and representative capacity as trustee of the Abitboul Family Trust; GINEKIS ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: CV 15-3322-GW(AGRx)<br><br>**ORDER** |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 2, 2015

_/s/ George H. Wu_
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE